# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA MANCHESTER,<br><br>             Plaintiffs,<br><br>     v.<br><br>PANERA, LLC,<br><br>             Defendants. | Case No.  1: 15-cv-01677-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY CLASS CLAIMS SHOULD NOT BE DISMISSED AND THIS ACTION PROCEED ONLY ON INDIVIDUAL CLAIMS<br><br>TEN DAY DEADLINE |

     Plaintiff Clara Manchester filed this action on behalf of herself and all others similarly situated on November 3, 2015.  On April 21, 2016, a scheduling order issued requiring Plaintiff to file her motion for class certification by September 30, 2016.  Plaintiff did not file a motion for class certification or request an extension of time to file her motion prior to the expiration of the deadline.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause within ten (10) days from the date of entry of this order why the class claims in this action should not be dismissed and this action proceed only on her individual claims.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

UNITED STATES MAGISTRATE JUDGE

1