# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA MANCHESTER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PANERA, LLC,<br><br>　　　　　　Defendants. | Case No. 1: 15-cv-01677-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 18, 19)<br><br>THIRTY DAY DEADLINE |

On November 2, 2016, an order issued requiring Plaintiff to show cause why the class claims in this action should not be dismissed for failure to file a motion to certify the class in compliance with the April 21, 2016 scheduling order. On November 11, 2016, Plaintiff filed a response stating that the parties have reached settlement and expect to file a dismissal in thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued November 2, 2016, is DISCHARGED;
2. All pending dates and matters in this action are VACATED;
3. The parties shall file dispositional documents within thirty days from the date of service of this order; and

///

///

4. Failure to file dispositional documents in compliance with this order or seek an extension of time to file may result in sanctions up to and including dismissal of the action.

IT IS SO ORDERED.

Dated:   **November 15, 2016**

UNITED STATES MAGISTRATE JUDGE