MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051
Attorneys for Plaintiff BRETT OROZCO

JOHN MEER (SBN 144389)
Daniel Whang (SBN 223451)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant Panera, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN  DIVISION

| | |
|---|---|
| CLARA MANCETER, an individual, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANERA, LLC, a Delaware Limited Liability Corporation,<br><br>Defendant. | Case No.:  1:15-cd-01677--SAB<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) by and between Plaintiff CLARA MANCHESTER PANERA, LLC who have appeared in this action, as follows:

1. This action was commenced on November 3, 2015.

2. The parties to this matter have reached a settlement.

3. As part of the settlement, CLARA MANCHESTER joined the state Court action of *Jazmin Dabney v. Panera, LLC*. Superior Court for the County of San Bernardino, CIVDS1516030.

4. The parties wish to have this action dismissed.

5. CLARA MANCHESTER has not previously dismissed any federal or state court action based on or including the same claims as are present in this matter.

6. This action is hereby dismissed, in its entirety, without prejudice.

7. As to this action, each party will bear its own costs, expenses, and attorneys' fees.

DATED:  December 16, 2016    LAW OFFICES OF MICHAEL TRACY

/s/ Michael Tracy
By: _____
MICHAEL TRACY, Attorney for Plaintiff
CLARA MANCHESTER

DATED:  December 16, 2016    SEYFARTH SHAW LLP

/s/ Daniel Whang
By: _____
DANIEL WHANG
JOHN MEER, Attorneys for Defendant
PANERA, LLC